IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   CR18-5076RJB |
| | ) | |
| vs. | ) | ORDER ON DEFENDANT'S MOTION |
| | ) | TO CONTINUE PRETRIAL MOTIONS |
| COREY AUSTIN McCONAGHY, | ) | CUTOFF DATE, THE PRETRIAL |
| | ) | CONFERENCE AND TRIAL DATE |
| Defendant. | ) | |
| | ) | |

Before this Court is an unopposed motion to continue the pretrial motions cutoff, the pretrial conference and the trial date.

On February 22, 2018, Mr. McConaghy was indicted on one count of Felon in Possession of a Firearm in violation of 18 USC § 922(g)(1).

Mr. McConaghy was arraigned on March 8, 2018 and the Court set pretrial motions cutoff for March 28, 2018, the pretrial conference for April 9, 2018 and the trial date for April 16, 2018.

A continuance is requested as material witnesses need to be interviewed in this case, however, one of the witnesses has yet to be identified.  Counsel for another witness is inquiring whether that witness would be willing to undergo a defense interview.  When, and if, those interviews are conducted, counsel will then determine whether a severance motion will be filed.

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441

A continuance is also requested as counsel for the defendant will be on a family vacation out of the country from April 13-22, 2018, and, therefore, will be unavailable during the currently scheduled trial date.

AUSA Tate London is aware of this motion and has no objection to this request.

Having considered the defendant's motion, the Court hereby finds as follows:

1.     taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to interview witnesses and otherwise gather additional evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2.     a failure to grant a continuance will result in Mr. McConaghy requesting the Court to appoint new defense counsel, and new counsel will likely be pressed for time and also request a continuance in the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv);

3.     a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i) because defense counsel needs additional time to gather its own evidence; and interviewing the witness that need to be conducted in this case;

4.     the additional time requested is a reasonable period of delay, as defense counsel has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441

5.     the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

6.     the additional time requested between the current trial date of April 16, 2018, and a new trial date only a week or two later is necessary to provide counsel for the defendant reasonable time to prepare for trial considering all of the facts set forth above;

7.     the current trial date was ordered during Mr. Purser's arraignment, which was prior to Mr. McConaghy's arraignment, and this trial date directly interferes with defense counsel's pre-arranged vacation plans;

8.     the additional time requested between the current trial date of April 16, 2018, and a new trial date, only a week or two later is necessary to provide counsel for the defendant reasonable time to facilitate counsel's pre-arranged vacation plans; and

9.     there is insufficient time to appoint new counsel and expect new counsel to be prepared and ready for the current trial date.

For these reasons, the Court finds the defendant's motion for continuance should be granted.

The currently scheduled pretrial motions cutoff date of March 28, 2018 should be STRICKEN. The pretrial motions cutoff date shall be continued to April 25, 2018.

The currently scheduled pretrial hearing date of April 9, 2018 should be STRICKEN. The pretrial shall be continued to April 27, 2018, at 8:30 a.m.

The currently scheduled trial date of April 16, 2018 should be STRICKEN. The trial date shall be continued to May 14, 2018 at 9:30 a.m.

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441

IT IS SO ORDERED.


DONE IN OPEN COURT this 30th day of March, 2018.


ROBERT J. BRYAN
United States District Judge


HESTER LAW GROUP, INC. P.S.
Attorneys for Defendant


By: _/s/ Lance M. Hester_
      LANCE M. HESTER
      WSB #27813

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441